```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 16250
    LEROY SCOTT
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-4486


-------------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 06/24/2008 and was not confirmed.

    The case was dismissed without confirmation 08/28/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00           .00           .00
COUNTRYWIDE HOME LOANS    NOTICE ONLY     NOT FILED          .00           .00
COUNTRYWIDE HOME LOANS    SECURED NOT I   12642.89           .00           .00
ELAN FINANCIAL SERVICES   UNSECURED       10473.86           .00           .00
FORD MOTOR CREDIT         UNSECURED       17231.39           .00           .00
PRO SE DEBTOR             DEBTOR ATTY         .00                          .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

    Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                        ---------------     ---------------
TOTALS                     .00                   .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.



                                    /s/ Tom Vaughn
    Dated: 11/20/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```